AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | **FILED** |
| RYAN THOMPSON | ) | October 28, 2024 |
| | ) | CLERK, U.S. DISTRICT COURT |
| | ) | WESTERN DISTRICT OF TEXAS |
| | ) | BY: _____M. Ramirez_____ |
| | ) | DEPUTY |

Case No.

7:24-MJ-300

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____OCTOBER 23rd 2024_____ in the county of _____Ector_____ in the
_____Western_____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 922 (g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

Please See AFFIDAVIT

☑ Continued on the attached sheet.

Attested to by applicant pursuant to Rule
4.1 of Fed. R. Crim. P. by phone & email.

/s/ Reed Jones
*Complainant's signature*

Reed Jones, Detective ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____10/28/2024_____

*Judge's signature*

City and state: _____Midland, TX_____

Ronald C. Griffin, US Magistrate Judge
*Printed name and title*

**AFFIDAVIT**                    **7:24-MJ-300**

I, Reed L. Jones, a Detective with the Odessa Police Department Intelligence Division and ATF Task Force Officer, being first duly sworn, deposes and states as follows:

1.      I am an investigative or law enforcement officer of the Odessa Police Department. I have been employed with the Odessa Police Department since May 2018.  I am currently assigned to the Special Operations Bureau Intelligence Division, as well as a Task Force Officer for the Bureau of Alcohol Tobacco Firearms, and Explosives assigned to the Midland Odessa Violent Crimes Task Force. My current duty is to investigate crimes including but not limited to crimes against persons, property, vice, narcotic crimes, as well as firearm-related offenses.  During my career, I have led, assisted with, and conducted numerous criminal investigations.  I am currently assigned to the investigation of RYAN THOMPSON.  Specifically, THOMPSON is accused of possessing a firearm while being a convicted felon, to wit: a GLOCK 19X 9mm handgun bearing serial number: BRGG865,  per ATF Nexus Experts was manufactured in Austria, and a Rock Island Armory M1911 .45 Caliber handgun bearing serial number; RIA1565751 manufactured in the Republic of the Philippines, both of which ultimately had been shipped and transported in interstate and/or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1).

2.      The sole purpose of this affidavit is to establish that there is probable cause to believe that THOMPSON engaged in specific criminal activity.  This affidavit is made, in part, on the personal knowledge derived from participation in this investigation and, in part, upon information and belief.  The source of information and belief are oral and written reports about this investigation that have been received, either directly or indirectly from other local law enforcement officers. This affidavit does not contain all information known to law enforcement officers concerning this matter.

3.      I am familiar with the facts and circumstances contained herein, which was learned from my personal participation in the instant investigation, as well as from receiving and reviewing relevant information provided to me by other law enforcement officers. Specifically, I have developed information and gathered evidence derived from my own investigation into the instant offenses, as well as from information and evidence obtained by law enforcement officers and detectives of the Odessa Police Department.

4.       I have not included herein each and every fact known to me regarding the instant investigation. Therefore, this Affidavit is submitted solely for the limited purpose of establishing probable cause to believe that, in the Western District of Texas,  RYAN THOMPSON  possessed a firearm while being a convicted felon, to wit: a GLOCK 19X 9mm handgun bearing serial number: BRGG865,  manufactured in Austria, and a Rock Island Armory M1911 .45 Caliber handgun bearing serial number; RIA1565751 manufactured in the Republic of the Philippines, both of which ultimately had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1).

CRIMINAL HISTORY

5.      A review of THOMPSON's criminal history reveals that THOMPSON is a convicted felon

with at least the following felony conviction(s):

6.      On or about April 3rd 2006 THOMPSON was convicted of Burglary of a Habitation a Second Degree Felony out of the 358th District Court Odessa Texas, and Sentenced to Six (6) years Community Supervision. On or about November 7th 2006, THOMPSON's Probation was revoked and was sentenced to five (5) years confinement in the Texas Department of Criminal Justice.

7.      On or about May 17th 2007 THOMPSON was convicted of Possession of Controlled Substance a Third Degree Felony out of the 244th District Court Odessa Texas, and sentenced to two (2) years confinement in the Texas Department of Criminal Justice.

8.      On or about February 12th 2012 THOMPSON was convicted of Possession of Controlled Substance a Second Degree Felony out of the 358th District Court Odessa Texas and sentenced to ten (10) years confinement in the Texas Department of Criminal Justice.

9.      On or about February 12th 2012 THOMPSON was convicted of Evading Arrest or Detention with Previous Convictions out of the 358th District Court Odessa Texas and sentenced to one (1) year confinement in the Texas Department of Criminal Justice.

10.     On or about February 12th 2012 THOMPSON was convicted of Manufacture Delivery of Controlled Substance a Second Degree Felony out of the 358th District Court Odessa Texas and sentenced to ten (10) years confinement in the Texas Department of Criminal Justice.

11.     On or about September 23rd 2015 Thompson was Federally Convicted of Distribution of Crack Cocaine and sentenced to thirty (30) months in the Federal Bureau of Prisons and 72 months of Supervised Release.

12.     On October 10th 2017 THOMPSON's Supervised Release status was revoked and was sentenced to (ten) 10 months in the Federal Bureau of Prisons and 48 months of Supervised Release.

13.     On December 21st 2020 THOMPSON's Supervised Release status was revoked and was sentenced to (ten) 10 months in the Federal Bureau of Prisons

FACTUAL BASIS OF CURRENT COMPLAINT

14.     Prior to January 2024, the Odessa Police Department Criminal Investigations Division, Narcotics Unit received information that a subject identified as Ryan THOMPSON was distributing large quantities of narcotics to wit: M30 Fentanyl pills and cocaine base crack in Odessa, Ector County, Texas in the Western District of Texas.

15.    During the month of October 2024 Detectives received information that THOMPSON was currently distributing large amounts of Fentanyl laced M30 pills and Cocaine base crack in the area of the 500 Blk of East 23rd Street, Odessa, Texas, Ector County in the Western District of Texas.

16.    On October 23rd 2024, Detectives conducted covert surveillance on THOMPSON, who was the driver and sole occupant of a Cadillac Escalade.  A traffic stop was conducted in the 2700 block of Roger Avenue for no seat belt violation and THOMPSON was detained. Upon a probable cause search of the vehicle, THOMPSON was found to be in possession of marijuana. The investigation ultimately led to a search warrant being sought and obtained for THOMPSON's residence of 501 East 36th Street, Odessa, Texas, in the Western District of Texas, which was signed by an Ector County District Judge and executed on this same date.

17.    Upon executing the search warrant and throughout the investigation, Detectives seized approximately 114 grams of Fentanyl Laced M30 pills, 22 grams of Crack Based Cocaine, and 5 ounces of marijuana. Also inside of the residence were large amounts of ammunition, drug paraphernalia, to include packaging materials, as well as tools utilized for cooking "cocaine base crack".

18.    Further, Detectives located four (4) firearms in the basement of the residence. Two of the firearms were a GLOCK 19X 9mm handgun bearing serial number: BRGG865,  manufactured in Austria, and a Rock Island Armory M1911 .45 Caliber handgun bearing serial number; RIA1565751 manufactured in the Republic of the Philippines, both of which ultimately had been shipped and transported in interstate and/or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1). Further, the Glock 19x 9mm Handgun was confirmed to be stolen out of Odessa.

19.    Law enforcement confirmed that THOMPSON is a convicted felon, including for the felony conviction, listed herein, all punishable by a term of imprisonment exceeding one year in prison.

20.    Detectives *Mirandized* THOMPSON and conducted an interview. THOMPSON stated the following in summary, not verbatim: THOMPSON advised that "a couple weeks ago", he bought "a couple thousand pills".  He then changed his statement and advised that "Last week" he bought approximately 1400 M30 pills. Thompson further stated that earlier on this date, he sold 1,000 of the Fentanyl laced M30 pills. THOMPSON went on to state that earlier on this date, he bought an ounce of cocaine and had already cooked that cocaine turning it into "Crack", and that he has sold a small amount of it already. When asked about the firearms, THOMPSON advised that he bought them from the street. He stated that he bought them because every one else has guns and that he bought them for protection. THOMPSON went on to state that he knew he was a felon and was not allowed to possess these firearms.

<u>FEDERAL CRIMINAL VIOLATION</u>

21.    On or about October 23rd  2024, RYAN THOMPSON, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year,

including at least the felony convictions described herein, knowingly possessed firearms had been transported in interstate and/or foreign commerce, to wit: a GLOCK 19X 9mm handgun bearing serial number: BRGG865 and a Rock Island Armory M1911 .45 Caliber handgun bearing serial number; RIA1565751, which offense occurred in the Western District of Texas, in violation of Title 18, United States Code, Sections 922(g)(1).

22.     If convicted, the Defendant faces up to fifteen (15) years of imprisonment, up to three (3) years of supervised release, a $250,000 maximum fine, and a $100 special assessment.

23.     Assistant U.S. Attorney Joseph Mahoney was notified and agreed to prosecute the case on the Federal level in the Western District of Texas.


Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

__/s/ Reed Jones_____
Detective Reed Jones *ATF TFO*
Odessa Police Department
Intelligence Unit


Sworn to and Subscribed before me this 28th day of OCTOBER 2024.

_____
Ronald C. Griffin
United States Magistrate Judge